UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTIN MCCANN, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>- against -<br><br>NATIONAL ASSOCIATION TRUSTEE FOR BOSQBOAUNI;<br>NATIONAL ASSOCIATION TRUST FOR GEFC-CITI;<br>THE BRAZOS HIGHER EDUCATION SERVICE CORPORATION, INC.;<br>ACAPITA EDUCATION FINANCE CORPORATION;<br>MURRAY WATSON, JR.;<br>and JOHN DOES 1 to 10,<br><br>Defendants. | Case No. 2:23-cv-11141-MEF-JBC<br><br>**CONSENT ORDER** |

THIS MATTER having come before the Court by way of Defendants NATIONAL ASSOCIATION TRUSTEE FOR BOSQBOAUNI, NATIONAL ASSOCIATION TRUST FOR GEFC-CITI, THE BRAZOS HIGHER EDUCATION SERVICE CORPORATION, INC., and ACAPITA EDUCATION FINANCE CORPORATION (collectively "Defendants") filing of a Notice of Removal of the Complaint on August 30, 2023, removing the Complaint initially filed in the Superior Court of the State of New Jersey, Essex County Law Division, Docket No.: 004630-23, filed by Plaintiff Kristin McCann ("Plaintiff");

AND the Court having conferenced this matter on February 27, 2024, and having been informed that a related Third-Party Complaint filed by Plaintiff in the Superior Court of New Jersey, Cumberland County Law Division Docket No.: 542-22, had been dismissed by Order upon a motion to dismiss by the Defendants herein on February 23, 2024 (The "State Court Action");

AND upon said conference with the Court, counsel for the parties herein have agreed to stay the instant matter pending the outcome of any appeal in the State Court Action;

IT IS HEREBY ORDERED that this matter is **stayed** pending the outcome of any appeal of the State Court Action; *and ADMINISTRATIVELY TERMINATED*

Dated: New York, NY
April 17, 2024

_____
Honorable James B. Clark, III, U.S.M.J.
dated: 4/22/2024

| | |
|---|---|
| MCGLINCHEY STAFFORD, PLLC | KIM LAW FIRM |
| | |
| */s/ Jason Lipkin, Esq.* | */s/Yongmoon Kim, Esq.* |
| Jason Lipkin, Esq. | Yongmoon Kim, Esq. |
| 112 West 34th Street, Suite 1515 | 411 Hackensack Ave, Suite 701 |
| New York, NY 10120 | Hackensack, NJ 07601 |
| (646) 362-4048 | (201) 273-7117 |
| jlipkin@mcglinchey.com | ykim@kimlf.com |
| Attorneys for Defendants | Attorneys for Plaintiff |